JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUANNY COHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AINSWORTH PET NUTRITION LLC d/b/a RACHAEL RAY NUTRISH; and THE J. M. SMUCKER COMPANY d/b/a SMUCKER AND SMUCKER'S,<br><br>Defendants. | **Case No. 2:20-cv-05289- MCS-AS**<br><br>[PROPOSED] **JUDGMENT**<br><br>Complaint Served: May 14, 2020 |

Defendants Ainsworth Pet Nutrition LLC and The J. M. Smucker Company's Motion to Dismiss Plaintiff Luanny Cohen's First Amended Complaint was heard on January 11, 2021, the Honorable Mark C. Scarsi presiding. Having considered Defendants' Motion, the pleadings and papers filed in support of and in response to the Motion, the documents and records in the Court's file, and argument of counsel, and a decision having been duly rendered granting Defendants' Motion,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:**

Defendants' Motion to Dismiss is **GRANTED**, and judgment is entered against Plaintiff and for Defendants on all causes of action. Plaintiff shall take nothing from her action against Defendants and the action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: January 27, 2021

_____

Mark C. Scarsi
United States District Judge